**ORDERED in the Southern District of Florida on December 16, 2016.**

A. Jay Cristol, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

CELESTE M BRENS-BARRUOS;

Debtor. /

Case No. 16-22835-BKC-AJC

Chapter 7

**AGREED ORDER SUSTAINING TRUSTEE'S OBJECTION TO DEBTORS' CLAIM OF EXEMPTIONS AND MOTION FOR TURNOVER [ECF # 24]**

*(Cancels Hearing Scheduled for December 28, 2016 at 11:00 AM [ECF #25])*

**THIS MATTER** came before the Court upon the *Trustee's Objection to Debtor's Claim of Exemptions and Motion for Turnover* (the "Objection") [ECF # 24] filed by Jacqueline Calderin, Trustee (the "Trustee") of the bankruptcy estate of Celeste M Brens-Barruos (the "Debtor"). The Court, having reviewed the Objection and being advised that the parties agree to the relief Ordered herein, and finding that the relief sought in the Objection is in the best

interest of the estate and good cause exists for the relief provided herein. Accordingly, the Court does **ORDER** as follows:

1. The Objection is **SUSTAINED.**

2. The Debtor shall turnover in the form of a money order or a cashier's check made payable to "Jacqueline Calderin, Trustee, for the benefit of the Estate", the total sum of $5,000.00 (the "BuyBack") due no later than January 1, 2017. The BuyBack shall be allocated to the 2014 Nissan Pathfinder.

3. The Debtor(s) shall turnover the 2016 Income Tax Return once it has been filed.

4. To the extent that the Debtor is entitled to a refund, the Debtor(s) shall remit 72% (less any earned income credit), representing the estate's interest in the 2016 tax refund in the form of a money order or a cashier's check made payable to "Jacqueline Calderin, Trustee, for the benefit of the Estate" immediately upon receipt.

5. In the event that the Debtor defaults under the terms of this Order, the Trustee shall be entitled to a revocation of Debtor's discharge by Motion pursuant to Rule 9024 Fed.R.Bank.P., and Debtor waives the requirement of an adversary proceeding.

6. This Order resolves the estate's claims against all assets listed on Debtor's bankruptcy schedules.

7. The Court reserves jurisdiction to enforce the terms of this Order.

8. **The terms and provisions of this Order are agreed to in substance in form by:**

*/s/ Jacqueline Calderin, Trustee*
Jacqueline Calderin, Trustee

[signature] 12/8/2016
Celeste M Brens-Barruos, Debtor

###

Submitted by:
**JACQUELINE CALDERIN**
*Chapter 7 Trustee*
247 SW 8th Street, #880
Miami, Florida 33130
T 786.369.8440
F 786.369.8523
calderintrustee@gmail.com

Copy furnished to: Jacqueline Calderin, Chapter 7 Trustee, who shall serve a copy of this order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).